## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL E. MCKINZY, SR.,      ) | |
|        ) | |
|      Plaintiff,      ) | |
|        ) | |
| v.        ) | No. 07-0454-CV-W-DW |
|        ) | |
| KANSAS CITY POWER & LIGHT,      ) | |
|        ) | |
|      Defendant.      ) | |

### ORDER DISMISSING CASE

Plaintiff seeks voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). Defendant has not answered or otherwise responded to the Complaint. Accordingly, the above-styled action is hereby DISMISSED *without prejudice* pursuant to Rule 41(a)(1)(i).

The Clerk of the Court is directed to mark this action as closed and terminate any pending motions (Doc. 8). The Clerk shall also deliver a copy of this Order to Plaintiff via first class and registered mail at his last known address.

Date:  August 17, 2007          /s/ Dean Whipple
                                               Dean Whipple
                                 United States District Judge

Dockets.Justia.com